**UNITED STATES of America,
Plaintiff–Appellee**

v.

**David Allan VOGEL, Defendant–
Appellant.**

**No. 09–40679
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 18, 2009.

Stevan Buys, U.S. Attorney's Office, Sherman, TX, for Plaintiff–Appellee.

Thomas Scott Smith, Smith & Smith, Sherman, TX, for Defendant–Appellant.

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

Defendant–Appellant David Allan Vogel appeals from the district court's order revoking his pretrial release and ordering his detention pending trial pursuant to 18 U.S.C. § 3148(b). After reviewing the record, we have determined that the district court's order revoking pretrial release is supported by the proceedings below and the factual basis of the decision is not clearly erroneous. *See United States v. Aron,* 904 F.2d 221, 223 (5th Cir.1990). We therefore affirm the order of detention pending trial and revoking pretrial release. Vogel's motion for release pending appeal

pursuant to Federal Rule of Appellate Procedure 9(a)(3) is DENIED.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

